# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-2026 JLS (MRW) | Date | April 18, 2018 |
|---|---|---|---|
| Title | Martinez v. Berryhill | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. In March 2018, the government moved to dismiss this Social Security benefits appeal. (Docket # 7.) The government contends that Plaintiff filed his federal action one day too late, and seeks dismissal on this procedural ground.

2. The Court issued an order requiring Plaintiff to respond to the motion by April 4, 2018. (Docket # 9.) To date, Plaintiff has not filed any response to the motion or the Court's order.

3. Plaintiff is ordered to show cause why the motion should not be granted for the grounds stated by the government and for Plaintiff's failure to oppose the motion pursuant to Local Rule 7-12. Plaintiff's response to the OSC and his substantive response to the motion are due by or before May 11, 2018.

**Plaintiff is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the case will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**